IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Otto S. Jones, Sr., | ) | C/A No. 3:12-1098-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| Mailsouth, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This civil action is currently before the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC for a Report and Recommendation concerning the service of process for the named defendant. The plaintiff, Otto S. Jones, Sr., who is self-represented, filed his Complaint on April 25, 2012. (ECF No. 1.) The court issued an order on May 21, 2012 authorizing service and directing the Clerk of Court to issue the summons and provide the plaintiff with the issued summons for service of process. (ECF No. 8 at 1.) As directed by the court's order, the Clerk of Court issued a summons pursuant to Federal Rule of Civil Procedure 4(b). (ECF No. 9.) The plaintiff was specifically advised in the court's order that, pursuant to Federal Rule of Civil Procedure 4(m), he was responsible for service of process and must send a copy of the Complaint and a summons to the defendant. (ECF No. 8 at 1.) The court also advised the plaintiff that, pursuant to Federal Rule of Civil Procedure 4(m), service of process must be effected on the defendant within 120 days of filing the Complaint. (Id.) Review of the docket discloses that no proof of service has been filed by the plaintiff as required under Federal Rule of Civil Procedure 4(*l*) with regard to the defendant.

PJG

The court issued an order to show cause on September 13, 2012. (ECF No. 13.) In its order, the court granted the plaintiff fourteen days to respond in writing and demonstrate good cause for his failure to effect service on the defendant in a timely manner. The court also specifically warned the plaintiff that if he failed to respond, this action would be recommended for dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Notwithstanding the specific warning and instructions set forth in the court's order to show cause, the plaintiff failed to respond.

**RECOMMENDATION**

Accordingly, the court recommends that this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 12, 2012
Columbia, South Carolina

*The parties' attention is directed to the important notice on the next page.*

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); see Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

Larry W. Propes, Clerk
United States District Court
901 Richland Street
Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).